[No. 50239-5-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN WILLIAM CRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-00284-6, Ronald Kessler, J., entered March 12, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Ellington, A.C.J., and Schindler, J.

[No. 50420-7-I. Division One. May 23, 2005.]

*In the Matter of the Detention of* CURTIS GENE BROGI, *Appellant*, THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 97-2-00476-9, Vickie I. Churchill, J., entered May 1, 2002. *Dismissed* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Baker, J.

[No. 52129-2-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL MENDOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 90-1-00351-4, David A. Nichols, J., entered December 21, 1990. *Affirmed* by unpublished per curiam opinion.